**Order entered November 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01277-CV

## HAROLD HASWELL, Appellant

## V.

## CACH, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01615-2016**

## ORDER

This appeal was abated April 11, 2017 due to bankruptcy. Asserting the bankruptcy has been discharged, appellee has filed a motion to reinstate the appeal and dismiss.

We **GRANT** the motion to the extent we **REINSTATE** the appeal. As to the portion of the motion seeking dismissal, we **DENY** the motion. In denying the request to dismiss, we note appellee brought the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). That rule allows the Court, in accordance with an agreement signed by the parties or their attorneys, to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Appellee's motion, however was signed only by his counsel.

By letter dated October 14, 2019, we informed appellee that appellant's signature was required and allowed him an opportunity to file an amended motion complying with the rule. To date, an amended motion has not been filed.

At the time the appeal was abated, appellant's brief had been filed and appellee's brief was due to be filed. Accordingly, we **ORDER** appellee to file its brief no later than December 6, 2019.

/s/      ERIN A. NOWELL
            JUSTICE